TYSON & MENDES LLP
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendants Lithia Motors, Inc and Las Vegas-J, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSUE TABARES, individually<br><br>Plaintiff,<br><br>v.<br><br>LITHIA MOTORS, INC., a foreign corporation; LAS VEGAS-J, LLC, a domestic limited liability company; DOES I-X; and ROE CORPORATIONS I_X, inclusive, DOE EMPLOYEES I-X<br><br>Defendants. | Case No. 2:25-cv-01266<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that the current discovery deadlines to be extended as indicated on page 3, pursuant to Local Rule 26-1(b) and 26-4.

## I.
## DISCOVERY COMPLETED TO DATE

1. The parties have conducted the FRCP 26.1 Early Case Conference.

2. Plaintiff produced his Lists of Witnesses and Documents on September 29, 2025.

3. Defendants produced their list of Witnesses and Documents on October 3, 2025.

4. Plaintiff served his First Set of Interrogatories, Requests for Production of Documents and Request for Admission.

## II.
## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Rule 35 Examination of Plaintiff.

1

2. Responses of Defendant to Plaintiff's First Set of Interrogatories, Requests for Production of Documents and Request for Admission.

3. Written Discovery.

4. Deposition of Plaintiff.

5. Inspection of the vehicle.

6. Deposition of Defendants Lithia Motors, Inc. and Las Vegas-J, LLC 30(b)(6) witness(es).

7. Designation of Initial Experts.

8. Designation of Rebuttal Experts.

9. Deposition(s) of Plaintiff's treating physicians.

10. Deposition of other percipient witnesses.

11. Depositions of experts.

12. Additional written discovery (if necessary).

13. Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.
## WHY DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME PROVIDED BY THE CURRENT SCHEDULING ORDER

**A.   Good Cause**

LR 26-4 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-4. If the stipulation is made less than twenty-one (21) days before the expiration of a deadline, the parties must show a good cause exist. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns

on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Good cause exists for the following reasons: the parties have been working on scheduling of the Rule 35 Examination of Plaintiff with Dr. Rimoldi. Due to the holiday schedule, the parties are still working on securing a convenient date for the Rule 35 Examination. The parties agreed to extend all the current discovery deadlines by 60 days subject to the approval of this court.

## IV.
## PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

| Discovery Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion to Amend/Add Parties | November 18, 2025 | November 18, 2025 (No change) |
| Initial Expert Disclosures | December 16, 2025 | February 13, 2026 |
| All Rebuttal Expert Disclosures | January 16, 2026 | March 16, 2026 |
| Discovery Cut-Off Date | February 15, 2026 | April 16, 2026 |
| Dispositive Motions | March 17, 2026 | May 15, 2026 |
| Pretrial Order | April 17, 2026. | June 16, 2026 |

The parties represent this Stipulation is sought in good faith and with excusable neglect and not interposed for delay or any other improper purpose.

Dated this 5 day of December, 2025.

**TYSON & MENDES LLP**

/s/ *Griffith Hayes*

GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Attorneys for Defendants Lithia Motors, Inc. and Las Vegas-J LLC*

Dated this day of December, 2025.

**KRISTOF LAW GROUP**

/s/

MICHAEL A. KRISTOF
Nevada Bar No. 7780
1055 Whitney Ranch Drive, Ste. 220
Henderson, NV 89014
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 12/8/2025