**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s):  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendants Lithia Motors, Inc and Las Vegas-J, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSUE TABARES, individually | Case No. 2:25-cv-01266 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO REMAND** |
| LITHIA MOTORS, INC., a foreign corporation; LAS VEGAS-J, LLC, a domestic limited liability company; DOES I-X; and ROE CORPORATIONS I_X, inclusive, DOE EMPLOYEES I-X | |
| Defendants. | |

The parties to the above-captioned suit, by and through undersigned counsel, do hereby stipulate to remand the above-captioned action to the state district court.

Pursuant to agreement of counsel, Plaintiff will amend the Complaint to name as Defendant Carlos Pinales, the employee that worked on Plaintiff's vehicle.

///

///

///

///

///

///

///

///

///

1

Based on recent discovery responses, Defendant's employee is a Nevada Resident, and as such diversity does not longer exist.

**IT IS SO STIPULATED.**

Dated this 12th day of February, 2026.

**TYSON & MENDES LLP**

/s/ *Griffith Hayes*

GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Attorneys for Defendants Lithia Motors, Inc. and Las Vegas-J LLC*

Dated this 12th day of February, 2026.

**KRISTOF LAW GROUP**

/s/ *Michael Kristof*

MICHAEL A. KRISTOF
Nevada Bar No. 7780
1055 Whitney Ranch Drive, Ste. 220
Henderson, NV 89014
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED** this 16th day of February, 2026.

## Stefania Rota Scalabrini

| | |
|---|---|
| **From:** | Betty Espinoza <betty@kristoflawgroup.com> |
| **Sent:** | Thursday, February 12, 2026 8:41 AM |
| **To:** | Stefania Rota Scalabrini; Griffith Hayes; Michael Kristof |
| **Cc:** | Maryela  Hernandez; Eduardo Fuentes |
| **Subject:** | RE: Tabares v. Lithia ( 25-2325) - Possible Remand Based on Admissions Answers. Thoughts? |

Good morning,

Mr. Kristof has reviewed the SAO to Remand, and you have his permission to affix his e-signature.

Thank you,

**Betty Espinoza,**
**Office Manager/Paralegal to,**
**Michael Kristof, Esq.**
**1055 Whitney Ranch Dr., Ste. 220**
**Henderson, NV 89014**
**Direct Line: 702-751-0391**
**Office Phone: 702-703-2838**
**Fax: 702-846-0818**
www.kristoflawgroup.com



Confidentiality Notice:  This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**From:** Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>
**Sent:** Wednesday, February 11, 2026 11:27 AM
**To:** Betty Espinoza <betty@kristoflawgroup.com>; Griffith Hayes <ghayes@TysonMendes.com>; Michael Kristof <michael@kristoflawgroup.com>
**Cc:** Maryela Hernandez <Maryela@kristoflawgroup.com>; Eduardo Fuentes <Eduardo@kristoflawgroup.com>
**Subject:** RE: Tabares v. Lithia ( 25-2325) - Possible Remand Based on Admissions Answers. Thoughts?

## Good morning Mr. Kristof,